JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN SCOTT WADE,**     **Plaintiff,** | ) NO. CV 16-1789-KS ) ) |
| v. | ) **JUDGMENT** ) |
| **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,**     **Defendant.** _____ | ) ) ) ) ) ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: March 31, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE